## Valentino V. WARREN, Plaintiff–Appellant

v.

## KRISPY KREME DOUGHNUTS; Hal Smith Restaurant Group; Charleston's Restaurant Group; A–OK, LLC; HS–Real Estate; Jason Hart, Defendants–Appellees.

No. 14–1254.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 17, 2014.

Filed: Sept. 19, 2014.

Valentino V. Warren, Jacksonville, pro se.

Angela Christene Artherton, Marshall S. Ney, Mitchell & Williams, Rogers, AR, for Defendants–Appellees.

Before COLLOTON, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Valentino Warren appeals the district court's [1] adverse grant of summary judgment in his civil action asserting unlawful employment discrimination under Title VII. Upon careful de novo review, we conclude that summary judgment was properly granted. *See Torgerson v. City of Rochester,* 643 F.3d 1031, 1042, 1046 (8th Cir.2011) (this court reviews grant of summary judgment de novo; summary judgment is proper if pleadings, discovery and disclosure materials on file, and any affidavits show that there is no genuine issue as to any material fact and that movant is entitled to judgment as matter of law); *see also Edmund v. MidAmerican Energy Co.,* 299 F.3d 679, 686 (8th Cir.2002) (federal courts do not sit as super personnel department reviewing wisdom or fairness of business judgments made by employers, except to extent those judgments involve intentional unlawful discrimination). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable James Moody, Jr., United States District Judge for the Eastern District of Arkansas.